# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45562

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2018 Unpublished Opinion No. 458 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: May 17, 2018 |
| | ) | |
| v. | ) | Karel A. Lehrman, Clerk |
| | ) | |
| CAMILLE LYNNETTE MEADOR, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the First Judicial District, State of Idaho, Boundary County. Hon. Fred M. Gibler, District Judge.

Order relinquishing jurisdiction, affirmed.

Eric D. Fredericksen, State Appellate Public Defender; Brian R. Dickson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Judge; HUSKEY, Judge;
and LORELLO, Judge

_____

PER CURIAM

Camille Lynnette Meador pleaded guilty to felony possession of controlled substance, I.C. § 37-2732(c)(1). The district court imposed a unified four-year sentence, with two years determinate, suspended the sentence, and placed Meador on probation. Soon after, Meador admitted to violating the terms of her probation and the district court continued Meador on probation. Subsequently, Meador once again admitted to violating the terms of her probation and the district court revoked probation and executed the underlying the sentence, but retained jurisdiction. Meador did not complete the jurisdictional review program. The district court relinquished jurisdiction. Meador appeals, claiming the district court erred by relinquishing jurisdiction.

1

We note that the decision to place a defendant on probation or whether, instead, to relinquish jurisdiction over the defendant is a matter within the sound discretion of the district court and will not be overturned on appeal absent an abuse of that discretion. *State v. Hood*, 102 Idaho 711, 712, 639 P.2d 9, 10 (1981); *State v. Lee*, 117 Idaho 203, 205-06, 786 P.2d 594, 596-97 (Ct. App. 1990). The record in this case shows that the district court properly considered the information before it and determined that probation was not appropriate. We hold that Meador has failed to show that the district court abused its discretion in relinquishing jurisdiction.

The order of the district court relinquishing jurisdiction is affirmed.